# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:11-MJ-262-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAMERON WADDEL HALLMAN,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the Motion of the United States of America to dismiss the criminal Complaint against Defendant Shameron Waddel Hallman.

It is hereby ordered that the Motion is **GRANTED** and that the charges against Defendant Shameron Waddel Hallman in the above-captioned criminal Complaint are dismissed without prejudice. This Order does **not** apply to Docket Number 3:11-cr-171-MOC, wherein the Defendant has entered a guilty plea.

**SO ORDERED.**

Signed: October 4, 2011

David S. Cayer
United States Magistrate Judge